## In re Estate of William Schultz, Deceased.

### Caroline Urban, Administratrix, Appellant, v. John Mischkopski and Caroline Stuebner, Appellees.

### Gen. No. 23,253. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. VICTOR P. ARNOLD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 12, 1918. Rehearing denied March 23, 1918.

## Statement of the Case.

Objections by Caroline Stuebner to the report of Caroline Urban, administratrix of the estate of William Schultz, deceased, defendant, the question at issue being whether certain property came into the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

In re Estate of William Schultz, 209 Ill. App. 580.

hands of the defendant as a gift to her from the intestate or as a part of his estate. From a judgment finding that the money belonged to the estate, defendant appeals.

RATHJE & WESEMANN, for appellant.

JULIUS C. GREENBAUM, for appellees.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. EXECUTORS AND ADMINISTRATORS, § 92*—*when Probate Court has jurisdiction without petition and citation.* Where the question involved on an objection by one of the heirs to the report of an administratrix is whether certain property claimed by her came into her hands as a gift to her from the deceased or is a part of his estate, and she consents to a hearing without a petition and citation, the Probate Court has jurisdiction.

2. EXECUTORS AND ADMINISTRATORS, § 97*—*when burden on administratrix to show ownership of property.* Where an administratrix claims that certain property came into her hands as a gift from the deceased and not as a part of the estate, the burden is on her to show by clear proof that the property was a gift.

3. EXECUTORS AND ADMINISTRATORS, § 97*—*when evidence insufficient to show gift to administratrix.* On a proceeding to determine whether certain property was in the hands of an administratrix as a gift to her, personally, from the deceased or had come into her possession as a part of the estate, evidence *held* insufficient to establish a gift.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.